Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE H. HARRISON,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC., SYNCHRONY BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants | Case No.: 2:15-cv-00457-JAD-PAL<br><br>**STIPULATION OF DISMISSAL OF SYNCHRONY BANK**<br><br>**ORDER** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JEANINE HARRISON ("Plaintiff") and Defendants SYNCHRONY BANK ("Synchrony") and EXPERIAN INFORMATION SOLUTIONS, INC., stipulate to dismiss Synchrony from the above-captioned matter, with prejudice as to the Plaintiff's claims against Synchrony. Each party will bear its own costs, disbursements, and attorney fees.

Dated: June 17, 2015

| KAZEROUNI LAW GROUP | AKERMAN LLP |
|---|---|
| /s/ Danny J. Horen<br>Danny Horen, Esq.<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>800-400-6808<br>Email: danny@kazlg.com<br>Attorney for Plaintiff | /s/ Matthew Knepper (w/ permission)<br>Matthew Knepper, Esq.<br>1160 Town Center Drive, Ste. 330<br>Las Vegas, NV 89144<br>702.634.5000<br>Email:matthew.knepper@akerman.com<br>Attorney for Synchrony |

JONES DAY

/s/ Alyssa Staudinger (w/ permission)
Alyssa Staudinger, Esq.
3161 Michelson Drive, Ste. 800
Irvine, CA 92612
949.553.7523
Email:astaudinger@jonesday.com
Attorney for Experian

**IT IS SO ORDERED.**

Dated: June 19, 2015.

_____
UNITED STATES DISTRICT JUDGE