Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **JEANINE H. HARRISON,** | **Case No.:** 2:15-cv-00457-JAD-PAL |
| Plaintiff, | **ORDER GRANTING STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| **OCWEN LOAN SERVICING, LLC., SYNCHRONY BANK, and EXPERIAN INFORMATION SOLUTIONS, INC..** | [ECF 19] |
| Defendants. | |

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JEANINE HARRISON ("Plaintiff") and Defendant **EXPERIAN INFORMATION SOLUTIONS, INC.** ("Experian") have reached settlement and agree to dismiss Plaintiff's claims against Experian in the above-captioned matter, **without prejudice**. Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 24, 2015


KAZEROUNI LAW GROUP                    JONES DAY


 /s/ Danny J. Horen _____           /s/  Alyssa Staudinger (w/ permission)
Danny Horen, Esq.                       Alyssa Staudinger, Esq.
7854 W. Sahara Avenue                   3161 Michelson Dr., Ste. 800
Las Vegas, NV 89117                     Irvine, CA 92612
800-400-6808                            949-851-3939
Email: danny@kazlg.com                  Email:astaudinger@jonesday.com
Attorney for Plaintiff                  Attorney for Experian




**IT IS SO ORDERED.**

Dated: September 4, 2015


_____
United States District Judge