UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JEANINE H. HARRISON | Case No. 2:15-cv-00457-JAD-PAL |
| Plaintiff, | ORDER |
| v. | |
| OCWEN LOAN SERVICING, LLC, et al., | |
| Defendant. | |

Before the court is Plaintiff's Status Report (Dkt. #27) advising the court of the status of settlement between Plaintiff and Defendant Ocwen Loan Servicing, LLC.  The notice requests an additional 30 days to submit settlement documents.   Accordingly,

**IT IS ORDERED** that that parties shall have until **January 4, 2016,** to either file a stipulation to dismiss, or alternatively, a **joint** status report with the court advising when the stipulation will be filed.

DATED this 14th day of December, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1