Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff,*
*Jeanine H. Harrison*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEANINE H. HARRISON,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC., SYNCHRONY BANK, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendants. | Case No.: 2:15-cv-00457-JAD-PAL<br><br>**SECOND STATUS REPORT REGARDING SETTLEMENT BETWEEN PLAINTIFF AND OCWEN LOAN SERVICING, LLC** |

# STATUS REPORT

The dispute between Plaintiff JEANINE H. HARRISON ("Plaintiff") and Defendant OCWEN LOAN SERVICING, LLC ("Defendant") (jointly as the "Parties") has been resolved on an individual basis.

The Parties have reached settlement terms, and have exchanged copies of an approved settlement agreement and are waiting for settlement funds to be dispersed whereupon Plaintiff will file dismissal documents of Defendant. Plaintiff requests that all pending dates and filing requirements as to Plaintiff and Defendant continue to be vacated and that the Court set a deadline on or after January 31, 2016 for Plaintiff to dismiss Defendant.

DATED this 4th day of January 2016.

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

IT IS ORDERED that the parties shall have until **February 1, 2016**, to file their stipulation to dismiss, or a **joint** status report advising when the stipulation will be received.

Dated this 27th day of January, 2016.

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on January 4, 2016, the foregoing Joint Status Report was served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind
7854 W. Sahara Avenue
Las Vegas, NV 89117